June 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HOU-SCAPE, INC., Appellant

NO. 14-14-00075-CV                    V.

CONWAY HALL SPRINKLER COMPANY INCORPORATED, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Conway Hall Sprinkler Company Incorporated, signed October 13, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Hou-Scape, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.